# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2006

128913

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NORMA R. BIERLEIN, Next Friend of
SAMANTHA C. BIERLEIN, a Minor, and
KIRT BIERLEIN, Conservator for
SAMANTHA C. BIERLEIN, a minor,
          Plaintiffs-Appellants,

v

MARK SCHNEIDER and MARY SCHNEIDER,
          Defendants-Appellees.

_____

SC: 128913
COA: 259519
Saginaw CC: 96-013292-NI

On order of the Chief Justice, the motion by plaintiffs-appellant for extension of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2006

*Corbin R. Davis*

Clerk

p0411